AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| Jeffrey L. Bacon | ) | 3:19-mj-1214 (RMS) |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

FILED
2019 JUL 22 P 2:36
U.S. DISTRICT COURT
NEW HAVEN, CT.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __Oct. 15, 2018 to Nov. 1, 2018__ in the county of __Hartford__ in the _____ District of __Connecticut__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(3)(B) and (b) | Soliciting and attempting to solicit a visual depiction of a minor engaged in sexually explicit conduct |
| 18 U.S.C. § 2252A(a)(5)(B) | Possessing child pornography |
| 18 U.S.C. § 2422(b) | Enticing and attempting to entice of a minor to engage in unlawful sexual activity |

This criminal complaint is based on these facts:

See attached Affidavit of FBI Special Agent Amy Noto, which is incorporated herein by reference.

☑ Continued on the attached sheet.

*Complainant's signature*

Amy Noto, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 07/22/2019

/s/ Robert M. Spector
*Judge's signature*

City and state: New Haven, CT

Hon. Robert M. Spector, U.S. Magistrate Judge
*Printed name and title*