UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:20CR 237 (VLB) |
| v. | VIOLATION: |
| JEFFREY L. BACON | 18 U.S.C. §§ 2252A(a)(3)(B)(ii), (b)(1)<br>(Soliciting Child Pornography) |

INFORMATION

The United States Attorney charges:

COUNT ONE
(Soliciting Child Pornography)

On or about November 1, 2018, in the District of Connecticut, the defendant JEFFREY L. BACON did knowingly solicit and attempt to solicit, using a means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce by any means, including by computer, material in a manner that reflected the belief, and that was intended to cause another to believe, that the material was and contained a visual depiction of an actual minor engaging in sexually explicit conduct.

In violation of Title 18, United States Code, Sections 2252A(a)(3)(B)(ii) and (b)(1).

UNITED STATES OF AMERICA

_____
LEONARD C. BOYLE
FIRST ASSISTANT UNITED STATES ATTORNEY

_____
NEERAJ N. PATEL
ASSISTANT UNITED STATES ATTORNEY